# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THOMAS DOMAGALSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:09-cv-00466-JPS |
| ) | |
| OMNI CREDIT SERVICES OF ) | |
| FLORIDA, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

## NOTICE OF VOLUNTARY DISMISSAL

THOMAS DOMAGALSKI (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, OMNI CREDIT SERVICES OF FLORIDA, INC. (Defendant), in this case.

DATED: August 31, 2009          RESPECTFULLY SUBMITTED,

By: /s/ Michael Antikainen
Michael Antikainen
Attorneys for Plaintiff
Krohn & Moss, Ltd.
120 W. Madison Street
10th Floor
Chicago, IL 60602

VOLUNTARY DISMISSAL

1